UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DELSIE ADAMS, *et al.*,

     Plaintiffs,

            v.

PFIZER, INC.,

     Defendant.

Case No. 14-cv-138-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes.   In a February 12, 2014, order (Doc. 3), the Court noted three jurisdictional defects in the complaint's allegations of jurisdiction and ordered the plaintiffs to amend their complaint to correct the jurisdictional defects on or before February 21, 2014.   The Court further warned the plaintiffs that the failure to amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).   The plaintiffs have not amended their pleading as directed.   Accordingly, at it warned it would do, the Court **DISMISSES** this case **without prejudice** for lack of subject matter jurisdiction and for failure to prosecute pursuant to Rule 41(b) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: February 25, 2014**

                             s/J. Phil Gilbert
                             **J. PHIL GILBERT**
                             **DISTRICT JUDGE**